ORIGINAL

$50 ~ FEE PAID
# 1183515
FEE NOT PAID
(SEND LETTER)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAR 11  A 10:03

AT BALTIMORE
BY _____ DEPUTY

Ronald Trammell                          *

       Plaintiff(s)             *

           vs.                        *     Case No.: CCB 02 CV 226

Baltimore Gas & Electric Co.,   *
et al.
       Defendant(s)

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, _____Lori B. Kisch_____, am a member in good standing of the bar of this Court. My bar number is __25781(MD Fed Bar)__ I am moving the admission of ___Timothy B. Fleming___ to appear *pro hac vice* in this case as counsel for ___Plaintiff___.

"We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| District of Columbia (DC Bar No. 351114) | 6/19/81 |
| | |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ___1___ time(s).

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                          Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.    The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.    Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.    **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ Signature | _____ Signature |
| Lori B. Kisch | Timothy B. Fleming |
| Printed Name | Printed Name |
| Gordon, Silberman, Wiggins & Childs, P.C. | Gordon, Silberman, Wiggins & Childs, P.C |
| Firm | Firm |
| 7 Dupont Circle, N.W., Suite 200 Washington, D.C. 20036 | 7 Dupont Circle, N.W., Suite 200 Washington, D.C. 20036 |
| Address | Address |
| 202-467-4123 | 202-467-4123 |
| Telephone Number | Telephone Number |
| 202-467-4489 | 202-467-4489 |
| Fax Number | Fax Number |

************************************************************************

## ORDER

☑ GRANTED    ☐ DENIED

March 13, 2002
Date

_____
United States District Judge