$50 FEE PAID
# 118351
FEE NOT PAID
(SEND LETTER)

**ORIGINAL**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAR 11 A 10: 03

AT BALTIMORE
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Ronald Trammell                    *
         Plaintiff(s)              *
                                        Case No.: CCB 02 CV 226
     vs.                           *
                                            ___ FILED    ___ ENTERED
Baltimore Gas & Electric Co.,      *        ___ LODGED   ___ RECEIVED
et al.   Defendant(s)
                            ******          MAR 1 3 2002

                                            AT BALTIMORE
                                       CLERK U.S. DISTRICT COURT
        **MOTION FOR ADMISSION *PRO HAC VICE***   DISTRICT OF MARYLAND
                                                              DEPUTY

   I, _____Lori B. Kisch_____, am a member in good standing of the bar of this Court. My bar number is __25781(MD Fed Bar)__. I am moving the admission of _____Grant E. Morris_____ to appear *pro hac vice* in this case as counsel for _____Plaintiff_____.

   We certify that:

1.   The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| District of Columbia | 5/16/77 |
| Virginia | 2/76 |
|  |  |
|  |  |
|  |  |
|  |  |

2.   During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Lori B. Kisch | Grant E. Morris |
| Printed Name | Printed Name |
| Gordon, Silberman, Wiggins & Childs, P.C. | Law Office of Grant Morris |
| Firm | Firm |
| 7 Dupont Circle, N.W., Suite 200 Washington, D.C. 20036 | 7 Dupont Circle, N.W., Suite 250 Washington, D.C. 20036 |
| Address | Address |
| 202-467-4123 | 202-331-4707 |
| Telephone Number | Telephone Number |
| 202-467-4489 | 202-467-4489 |
| Fax Number | Fax Number |

*******************************************************************

## ORDER

☒ GRANTED       ☐ DENIED

3/13/2002                                _[signature]_

Date                                     United States District Judge