**ORIGINAL**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAR 11  A 10: 03

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

$250  FEE PAID
#1183615
FEE NOT PAID
(SEND LETTER)

Ronald Trammell     *
      **Plaintiff(s)**    *

     **vs.**      *

Baltimore Gas & Electric Co.   *
et al.       **Defendant(s)**
       ******

**Case No.:** CCB 02 CV 226

AT BALTIMORE
DEPUTY

FILED     ENTERED
LODGED     RECEIVED

MAR 13 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
      DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

I, _____ Lori B. Kisch _____, am a member in good standing of the bar of

this Court. My bar number is __25781(MD Fed Bar)__ I am moving the admission of

_____ Jessica Caspe _____ to appear *pro hac vice* in this case as

counsel for _____ Plaintiff _____.

We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts
and/or United States Courts:

| Court | Date of Admission |
|-------|-------------------|
| New York | 5/3/99 |
| | |
| | |
| | |
| | |
| | |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been
admitted *pro hac vice* in this Court __1__ time(s).

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice
law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

Lori B. Kisch
_____
Printed Name

Gordon, Silberman, Wiggins &
_____
Firm                    Childs, P.C.

7 Dupont Circle, N.W., Suite 200
_____
Address    Washington, D.C. 20036

202-467-4123
_____
Telephone Number

202-467-4489
_____
Fax Number

PROPOSED ADMITTEE

_____
Signature

Jessica Caspe
_____
Printed Name

Gordon, Silberman, Wiggins & Childs, P.C
_____
Firm

7 Dupont Circle, N.W., Suite 200
_____
Address    Washington, D.C. 20036

202-467-4123
_____
Telephone Number

202-467-4489
_____
Fax Number

*********************************************************************

## ORDER

☑ GRANTED                ☐ DENIED

_____
3/13/2002
Date

_____
United States District Judge