IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

RONALD TRAMMELL,

      Plaintiff,

v.                         Case No. 02 CV 226 (CCB)

BALTIMORE GAS & ELECTRIC
COMPANY, *et al.*,

      Defendants.

## ORDER

WHEREAS, the Plaintiff and the Defendants have jointly moved the Court to revise the Scheduling Order, and having considered such Motion, and for Good Cause shown,

IT IS HEREBY ORDERED, that the Joint Motion to Revise Scheduling Order is GRANTED;

IT IS FURTHER ORDERED, that the Scheduling Order is revised as follows and the parties shall abide by the following deadlines:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures regarding experts: | July 5, 2002 |
| Defendant's Tule 26(a)(2) disclosures regarding experts: | August 1, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures regarding experts: | August 15, 2002 |
| Rule 26(e)(2) supplementation of disclosures and responses: | August 22, 2002 |
| Discovery deadline; *and Status Report due* | August 31, 2002 |

Dated: 5/24, 2002.

                                                   Catherine C. Blake
                                                 United States District Judge