IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RONALD TRAMMELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 02 CV 226 (CCB) |
| ) | |
| BALTIMORE GAS & ELECTRIC ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, the Plaintiff and the Defendants have jointly moved the Court to revise the scheduling Order, and having considered such Motion, and for good cause shown,

IT IS HEREBY ORDERED, that the Joint Motion to Revise Scheduling Order is GRANTED;

IT IS FURTHER ORDERED, that the Scheduling Order is revised as follows and the parties shall abide by the following deadlines:

Discovery deadline: *& Status Report (as)*      October 11, 2002
Dispositive Motion deadline:                     November 8, 2002

Dated: 8/30, 2002.                    _____
                                       Catherine C. Blake
                                       United States District Judge