IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

2002 OCT 16 A 10: 28

| | |
|---|---|
| RONALD TRAMMELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 02 CV 226 (CCB) |
| ) | |
| BALTIMORE GAS & ELECTRIC ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, the Plaintiff has moved the Court to revise the scheduling Order, and having considered such Motion, and for good cause shown,

IT IS HEREBY ORDERED, that the Motion to Revise Scheduling Order is GRANTED;

IT IS FURTHER ORDERED, that the Scheduling Order is revised as follows and the parties shall abide by the following deadlines:

Discovery deadline:/Status Report          November 4, 2002    *extension to depose 4th written only*
Dispositive Motion deadline:               December 2, 2002

Dated: 10/16, 2002.

_____
Catherine C. Blake
United States District Judge