IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 DEC 16 P 2: 44
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

| | |
|---|---|
| RONALD TRAMMELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 02 CV 226 (CCB) |
| BALTIMORE GAS & ELECTRIC COMPANY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

WHEREAS, the parties have moved the Court for an eleven day enlargement of time, until December 30, 2002, for Plaintiff to submit his Opposition to Defendants' Motion for Summary Judgment, and until January 20, 2003 for Defendants to file its Reply Brief, IT IS HEREBY ORDERED, that the parties Motion For Enlargement of Time is GRANTED;

AND IT IS FURTHER ORDERED, that Plaintiff shall file his Opposition to Defendants' Motion for Summary Judgment by December 30, 2002, and Defendants shall file its Reply by January 20, 2003.

Date: December 16, 2002.

_____
Catherine C. Blake
United States District Judge

