IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|   |   |
|---|---|
| RONALD TRAMMELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 02 CV 226 (CCB) |
| BALTIMORE GAS & ELECTRIC COMPANY, *et al.*, | ) |
| Defendants. | ) |

### ORDER

WHEREAS, the parties have moved the Court for a seven day enlargement of time, until January 6, 2003, for Plaintiff to submit his Opposition to Defendants' Motion for Summary Judgment, and until January 27, 2003 for Defendants to file their Reply Brief, IT IS HEREBY ORDERED, that the parties Motion For Enlargement of Time is GRANTED;

AND IT IS FURTHER ORDERED, that Plaintiff shall file his Opposition to Defendants' Motion for Summary Judgment by January 6, 2003, and Defendants shall file its Reply by January 27, 2003.

Date: December 27, 2002.

_____
Catherine C. Blake
United States District Judge

