IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RONALD TRAMMELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BALTIMORE GAS & ELECTRIC )<br>COMPANY, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 02 CV 226 (CCB) |

## ORDER

WHEREAS, the Plaintiff has moved to seal portions of his Opposition to Defendants' Motion for Summary Judgement, and related exhibits, *and there being no opposition (ECB) for the reasons stated in the motion and to protect personal information related to the third parties*

IT IS HEREBY ORDERED, that the Motion to File Under Seal is GRANTED;

IT IS FURTHER ORDERED, that Exhibits 15, 16, and 17 of Plaintiff's Opposition to Defendants' Motion for Summary Judgment be placed under Seal, along with references to such Exhibits contained on pages 4 and 31 of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Dated: 2/11, 2003.       _____
                          Catherine C. Blake
                          United States District Judge