```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND


RONALD TRAMMELL                 :
                                :
     v.                         : Civil Action No. CCB-02-226
                                :
BALTIMORE GAS & ELECTRIC        :
CO., et al.                     :
```

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. defendants' motion for summary judgment (Docket No. 18)

is **GRANTED**;

2. copies of this Order and the accompanying Memorandum shall be sent to counsel of record; and

3. the clerk of the court shall **CLOSE** this case.


  August 28, 2003                      /s/
Date                            Catherine C. Blake
                                United States District Judge